The application is denied. The showing made does not warrant either the exercise of our supervisory jurisdiction or the issuance of an alternative writ under our original jurisdiction.

208 So.2d 321

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**

v.

**William S. BOYD.**

No. 49162.

March 25, 1968.

Application not considered. The applicant makes no showing that remedial writs have been denied by the Court of Appeal. This Court will not exercise its supervisory jurisdiction until remedies in that court have been exhausted. See Moity v. Mahfouz, 242 La. 625, 137 So.2d 514 (per curiam).

208 So.2d 322

**John C. TARVER**

v.

**COLUMBIA GULF TRANSMISSION COMPANY.**

No. 49122.

March 25, 1968.

The application is denied. The judgment complained of is correct.